STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Scott.Joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00356 WHO |
| Plaintiff, | **ORDER RE JOINT MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| RECOLOGY SAN FRANCISCO; SUNSET SCAVENGER COMPANY; GOLDEN GATE DISPOSAL & RECYCLING COMPANY, | |
| Defendants. | |

[PROPOSED] ORDER RE JOINT MOTION TO EXCLUDE TIME

CR 21-00356 WHO

Upon the joint motion of the United States and defendants Recology San Francisco, Sunset Scavenger Company, and Golden Gate Disposal & Recycling Company, and finding in accordance with 18 U.S.C.§ 3161(h)(2) that prosecution has been deferred by the attorney for the Government pursuant to written agreement with the defendants for the purpose of allowing the defendants to demonstrate their good conduct:

It is hereby, ORDERED that all further criminal proceedings in this matter, including trial, be continued until further motion of the parties; and

It is further ORDERED that this Court approves exclusion from the computation of time in which a trial must be commenced under the Speedy Trial Act a period of three years from the date on which the Information was filed.

DATED: October 25, 2021

HON. WILLIAM H. ORRICK
United States District Judge