RAVI NARAYAN (CABN 331858)
Attorney for the United States

RAVI NARAYAN (CABN 331858)
Acting Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-0356 WHO |
| Plaintiff, | **DECLARATION OF DAVID J. WARD IN SUPPORT OF MOTION FOR LEAVE TO DISMISS INFORMATION** |
| v. | |
| RECOLOGY SAN FRANCISCO; SUNSET SCAVENGER COMPANY; GOLDEN GATE DISPOSAL & RECYCLING COMPANY, | |
| Defendants. | |

I, David Ward, declare and state as follows:

I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

1. Attached as **Exhibit A** is a true and correct copy of Recology's Deferred Prosecution Agreement One Year Report (September 9, 2022).

2. Attached as **Exhibit B** is a true and correct copy of Recology's Deferred Prosecution Agreement Two Year Report (September 8, 2023).

3. Attached as **Exhibit C** is a true and correct copy of Recology's Deferred Prosecution Agreement Three Year Report (September 4, 2024).

4. Attached as **Exhibit D** is a true and correct copy of a September 17, 2024 email from Recology counsel Christine Wong of Morrison & Foerster

Executed this 3rd day of October, 2024, in San Francisco, California.

                                        __/s/ David Ward_____
                                        DAVID WARD
                                        Assistant United States Attorney