UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 17, 2024  **Time:** 15 minutes  **Judge:** WILLIAM H. ORRICK
1:57 p.m. to 2:12 p.m.

**Case No.:** 21-cr-00356-WHO-1  **Case Name:** UNITED STATES v. Recology San Francisco

**Attorney for Plaintiff:**  David Ward
**Attorney for Defendant:**  Christine Y. Wong
Corporate Representative **Cary Chen** also present

**Deputy Clerk:** Jean Davis  **Reported by:** Marla Knox
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

The government's motion to dismiss the indictment against Recology is before the Court. The Court addresses Mr. Chen and advises him of the concerns regarding the serious corruption in which Recology was involved and the Court's skepticism that the corruption was limited to the two employees who have been prosecuted and sentenced in the matter.

Mr. Chen presents a written statement regarding the compliance program implemented by Recology. The Court questions Mr. Chen concerning his personal leadership regarding the ethics and integrity of the corporation.

The Court hears from the government regarding the deferred prosecution agreement and motion to dismiss.

The Court grants the government's motion to dismiss the information.